File Hashes for IP Address 50.90.55.202

**ISP:** Bright House Networks
**Physical Location:** Carmel, IN

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/20/2013 17:54:13 | F6B6C9797CDE17B0DA960CCF5E442FBD707CCFE9 | Dark Desires |
| 07/12/2013 01:11:18 | EDA9757ADBFB6ACF8E214D3590A1516A210BBA40 | Yeah Baby |
| 07/12/2013 01:08:31 | 9813C1D742977029EB6775C5858C0CA127759AE6 | Going Strong |
| 06/23/2013 18:32:51 | 01A70609FC4EB0D75E941E194D2DDD3EFAF11236 | What a Girl Wants Part #2 |
| 06/23/2013 17:54:12 | 2460533F6C46CE5A07F70768C6F520EFF3BB2304 | Ready or Not |
| 06/02/2013 21:44:57 | BF3239E1E48F0D1BBED82277E8CB97AFD5F7232D | Elle Hearts Girls |
| 05/27/2013 22:41:34 | 304603568859FC6631EBED106C65E75F400F7935 | Together at Last |
| 04/27/2013 21:44:36 | 59852FEEF2BE62F63BE7929F153EC545884604A7 | Old Enough to Know Better |
| 04/16/2013 22:21:28 | 74BA2B38EB86D86ECF0F962F9078C0D5AFCE02E8 | Apartment Number Four |
| 04/06/2013 22:21:29 | 75FDC3DBCE63B5474374F1D237AA1B978F78F756 | I Love X Art |
| 04/06/2013 21:26:39 | 19E3FDBEF23BE8BB27AF7835F8028C074833635D | Featherlight |
| 04/06/2013 21:24:51 | 291A109D388B1E114ECCDEB1419EB784716723B8 | Apartment in Madrid |
| 03/22/2013 15:33:50 | 81C5AD08B893FE846D48CBDDD6A8F76C3CE40F3C | Enchanting Real Orgasms |
| 03/20/2013 01:14:59 | 34192FC9E62DE20D9616539100FC53D593D3D447 | Circles of Bliss |
| 03/18/2013 00:58:00 | 32C25E12FBFBC6814686076B9C86A5A4EB618A68 | Jumping on the Bed |
| 03/09/2013 18:32:59 | 06E1049B1052CA5A2F30CF70D13C124D8060F913 | Still With Me |
| 02/25/2013 12:35:51 | 6224CEAD4CE4EAE14BCCAEC53E1522DDB94DABA5 | Afternoon Picnic |
| 01/28/2013 00:08:49 | 1E6D4FA3A137EE0F661629E131193646BE591492 | A Little Rain Must Fall |
| 01/28/2013 00:07:00 | BDF33E7787E02741916D216141622C7A827D9332 | Sunday Afternoon |
| 01/27/2013 23:52:14 | EC65943886F28F23D4D72CE51103A171C9E6D136 | A Girls Fantasy |
| 01/27/2013 23:51:37 | 96637B3A984338D72A3ED41720C3745DB80AFF92 | Naughty and Nice |
| 01/27/2013 23:43:03 | 491B207970D59A9111647F2C5995902C520E9E50 | Sent from Heaven |

EXHIBIT A

SIN47

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/27/2013 23:29:48 | 689C0D98E7478D67C8F8ECEE4B72607596884CAB | Morning Desires |
| 01/27/2013 22:45:45 | 8BF3CCF96AB8D9D79391F7E8F813B4A0895997B1 | Together Again |
| 01/27/2013 13:18:09 | DA47267702BA15DFA9FBE3F0EF67B023A05818D6 | Want You |
| 01/27/2013 12:26:36 | 175038DDF35DFCC6AA4A3B3EE23CF3255316CDA8 | Yoga Master and Student |
| 12/16/2012 02:32:32 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 12/11/2012 01:59:36 | 41EC762EA3071C2E54E80F7FA4B4B4412E50E1BD | Then They Were Three |
| 12/08/2012 00:05:20 | C79D1F6B1E592275F1482AA82255B7A5CD183D7D | Unforgettable View #1 |
| 11/03/2012 20:16:39 | FA826CEBE75759D6BCC970FBE23DC5D1028A3126 | The Foursome |
| 10/24/2012 23:50:03 | 9D67128C29DF4143BC6DE34182031F9BCD104369 | Flexible Beauty |
| 10/14/2012 15:17:20 | C0BAB6F898A8CACBF7E221D1E15076A75869656D | Morning Tryst |
| 09/22/2012 16:07:29 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 09/06/2012 11:11:54 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |
| 08/26/2012 20:58:13 | D43BD47A8119512A5F0DF1053D8D583182203A01 | Threes Company |
| 08/05/2012 23:57:46 | 7A1CDFEE20E4323EE38586B16DE27D8B2E8205DD | Positively In Love |
| 08/04/2012 15:01:02 | B6B2E5439C7FE87956CA1AE7FCFB8D653122108A | White Hot |
| 07/02/2012 23:01:26 | CC79E7207EA9FF70AE3D62028159AEFAF0BD68A9 | Yoga in the Sky |
| 06/25/2012 01:04:22 | B55C471D604EA8461E32B59234591A32BBD27D55 | Foot Fetish |
| 06/24/2012 23:46:57 | 76A42C67BAED1E6FB7B0C77CAD2288618E03BD3F | Strawberry Blonde |
| 06/24/2012 23:45:39 | 1A30C21F507D0CE3D91D99D39A69A75A80AA4D02 | Perfect Girls |
| 06/24/2012 23:29:51 | 1D873D69A5693172D0BBD3F985EEA87480414B52 | Sapphic Experience |
| 06/09/2012 01:42:45 | CA3B73E56EA918AC4E6DC3E0C3BEA3CE1B30E73F | Young and Hot |
| 06/02/2012 14:35:01 | 404263E4F43318B75AC4DCB608ED192AFE24695D | Teenage Dream |
| 05/22/2012 11:11:27 | 5F3A6EDA2353772F4FAA3E28A73F03EE9D7C793F | Silver Bullets |
| 05/10/2012 23:28:44 | ECC49510C0B61C4F92EFCB62AD1A48994B8A88CF | Pretty Back Door Baby |
| 05/04/2012 02:09:06 | 50A4733135AEDF3033EF507AE57833478C88E9C4 | One Night Stand |

EXHIBIT A

SIN47

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/02/2012 03:33:45 | 8D15564C6397C7E568EC18EDFD8F1CB93D9F8680 | Like The First Time |
| 02/08/2012 03:57:49 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker |

**Total Statutory Claims Against Defendant: 49**

EXHIBIT A

SIN47