## Copyrights-In-Suit for IP Address 50.90.55.202

**ISP:** Bright House Networks
**Location:** Carmel, IN

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 01/27/2013 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/28/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/25/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 04/06/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/16/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/20/2013 |
| Dark Desires | PENDING | 07/10/2013 | 07/20/2013 | 07/20/2013 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 06/02/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 03/22/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/06/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/06/2012 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 10/24/2012 |
| Foot Fetish | PA0001793970 | 06/20/2012 | 06/21/2012 | 06/25/2012 |
| Going Strong | PENDING | 07/06/2013 | 07/12/2013 | 07/12/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/06/2013 |
| Jumping on the Bed | PA0001833298 | 03/12/2013 | 04/01/2013 | 03/18/2013 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 03/02/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/27/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 12/16/2012 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 10/14/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/27/2013 |

EXHIBIT B

SIN47

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/27/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 05/04/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 06/24/2012 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 08/05/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 05/10/2012 |
| Ready or Not | PENDING | 06/18/2013 | 06/27/2013 | 06/23/2013 |
| Sapphic Experience | PA0001793364 | 06/11/2012 | 06/14/2012 | 06/24/2012 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 01/27/2013 |
| Silver Bullets | PA0001790373 | 05/13/2012 | 05/16/2012 | 05/22/2012 |
| Silvie Eufrat Strip Poker | PA0001775909 | 02/06/2012 | 02/17/2012 | 02/08/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 03/09/2013 |
| Strawberry Blonde | PA0001794450 | 06/22/2012 | 06/25/2012 | 06/24/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 01/28/2013 |
| Teenage Dream | PA0001791491 | 05/29/2012 | 06/01/2012 | 06/02/2012 |
| The Foursome | PA0001780470 | 09/15/2011 | 03/10/2012 | 11/03/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/11/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 08/26/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/27/2013 |
| Together at Last | PA0001846096 | 05/18/2013 | 06/16/2013 | 05/27/2013 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/22/2012 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/08/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/27/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 06/23/2013 |
| White Hot | PA0001800472 | 08/02/2012 | 08/05/2012 | 08/04/2012 |
| Yeah Baby | PENDING | 07/08/2013 | 07/20/2013 | 07/12/2013 |

EXHIBIT B

SIN47

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 07/02/2012 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/27/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/09/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  49**

EXHIBIT B

SIN47