**From:** Paul Nicoletti <pauljnicoletti@gmail.com>
**Sent:** Thursday, September 19, 2013 4:49 PM
**To:** John Bradshaw
**Subject:** Malibu Media, LLC v. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

John,

In light of the information that you have provided regarding your client, my client would like you to stipulate to the substitution of ▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮, as the Defendant. As you are well aware, at the time this suit was filed your client – who was the subscriber assigned the relevant IP address on the relevant date/time – was the only individual that Plaintiff could identify as the alleged infringer. Consequently, Plaintiff alleged that ▮▮ was the infringer. From the information that you have provided regarding ▮▮▮▮▮▮, however, it appears as if ▮▮ ▮▮▮▮ may not be the proper defendant in this case and my client has no interest in pursuing an innocent individual. Accordingly, I'd like for you to stipulate to the substitution.

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

The infringement in this case was committed by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and, Plaintiff has a good faith basis for believing that ▮▮▮▮▮▮ is the most likely person to have used BitTorrent in the household from where the infringement emanated. Consequently ▮▮ ▮▮▮▮▮ is the most likely person to have infringed my client's copyrighted works through the use of the BitTorrent protocol and substitution is therefore warranted.

Please advise whether or not you will stipulate to the substitution of ▮▮▮▮▮▮▮ as Defendant. If not, we will prepare an appropriate motion to amend the Amended Complaint to add ▮▮▮▮▮▮▮ as a defendant and, once he is added, we will then dismiss ▮▮▮▮▮▮▮.

Best Regards,

Law Offices of Nicoletti & Associates, PLLC
Paul J. Nicoletti  (P-44419)

36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Landline: (248) 203-7800     (248) 203-7800 FREE

Fax 1: (248) 203-7801     (248) 203-7801 FREE

Fax 2: (248) 928-7051     (248) 928-7051 FREE
Email: paul@nicoletti-associates.com
Website: www.nicoletti-associates.com



This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) at (248) 203-

7800     (248) 203-7800 FREE   and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only.  No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means.  Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

Please consider the environment before printing this email