UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MALIBU MEDIA, LLC,            )
                             )
            Plaintiff,        )
                             )
      vs.                     )
                             )    No. 1:13-cv-01525-SEB-MJD
JOHN  DOE,                    )
                             )
            Defendant.        )

## REPORT AND RECOMMENDATION

This matter is before the Court on Movant John Doe's Motion to Dismiss [Dkt. 24]. The Movant has not complied with the Court's Order to Show Cause [Dkt. 31] or the Court's Order on Motion to Proceed Anonymously [Dkt. 34], by failing to identify himself to the Court. Accordingly, the Magistrate Judge recommends that the Motion to Dismiss [Dkt. 24.] be **STRICKEN**, without prejudice to its resubmission after the Movant has properly appeared before the Court.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

Date: _____    03/17/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com