UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:13-cv-01525-SEB-MJD |
| ) | |
| v. ) | |
| ) | |
| ROBERT CUMMINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case originally against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their internet service provider ("ISP").

2. On October 28, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Bright House Networks to obtain the Defendant's identifying information [CM/ECF 20]. Plaintiff issued the subpoena on or about October 28, 2013, but did not receive the ISP's response until April 26, 2014.

3. Plaintiff amended its Complaint on May 27, 2014, and obtained a clerk issued summons on May 28, 2014. Upon receipt of the issued summons, Plaintiff immediately instructed its process server to begin attempting to serve the Defendant. To date, despite the process server's efforts, the Defendant has not been served.

4.       Pursuant to the Court's Order entered on May 29, 2014 [CM/ECF 42], Plaintiff is required to effectuate service on any identified Defendant by no later than today, June 26, 2014.

5.       Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on the Defendant be extended by thirty (30) days, or until July 26, 2014.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Defendants with a summons and Complaint be extended until July 26, 2014.  A proposed order is attached for the Court's convenience.

Dated:  June 26, 2014

Respectfully submitted,

NICOLETTI LAW, PLC

By:     /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P-44419)
33717 Woodward Ave, #433
Birmingham, MI 48009
Tel:  (248) 203-7800
E-Fax: (248) 928-7051
Email:  pauljnicoletti@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *Paul J. Nicoletti*