**RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Southern District of Indiana

Case Number: 1:13-CV-01525-SEB-MJD

Plaintiff:
**Malibu Media LLC**

vs.

Defendant:
**Robert Cummins**

Received by Affordable Process Service Inc. to be served on **Robert Cummins, 10545 Power Drive, Carmel, IN 46033-4718**.

I, Heather Roudebush, do hereby affirm that on the **7th day of July, 2014** at **7:48 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Amended Complaint - Action For Damages For Property Rights Infringment with Exhibits** with the date and hour of service endorsed thereon by me, to: **Robert Cummins** at the address of: **10545 Power Drive, Carmel, IN 46033-4718**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
As I pulled into the driveway, the Defendant matching the photo I was given, got out of his car, walked thru the garage, and shut the overhead door. It was very clear that he had seen me. I walked to the front door and heard a male talking. I rang the bell several times but he refused to answer. I shouted that I had a document delivery, and still no answer. I spoke very loudly and informed the Defendant about the documents I had and that he was legally served. I left the documents at the door.

**Description** of Person Served: Age: 42, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 175, Hair: Brown, Glasses: N

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

Heather Roudebush
Process Server

**Affordable Process Service Inc.**
**5868 East 71st Street**
**Suite E-229**
**Indianapolis, IN 46220**
**(317) 776-0044**
Our Job Serial Number: HLR-2014000339
Ref: SIN47-1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

BLUE HONDA ODYSSEY  728LBJ
INDIANA PLATE

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Malibu Media, LLC <br><br> *Plaintiff(s)* <br> v. <br> Robert Cummins <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13-cv-01525-SEB-MJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Cummins
  10545 Power Dr.
  Carmel, IN 46033-4718


ACCEPTED
BY REFUSED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul J. Nicoletti, Esq.
  Nicoletti Law, PC
  33717 Woodward Ave, #433
  Birmingham, MI 48009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: _____05/28/2014_____    BY: _____
  *Deputy Clerk*