N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:13-cv-01525-SEB-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE *subscriber assigned IP* | ) | |
| *Address 50.90.55.202* | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

The undersigned, Paul B. Overhauser, Overhauser Law Offices LLC, respectfully move this court for an order granting him leave to withdraw his Appearance for Defendant, John Doe subscriber assigned IP Address 50.90.55.202 ("John Doe") with the withdrawal effective September 9, 2014, and states as follows:

1. John Doe is the only Defendant in this action.

2. John Doe and the undersigned have agreed that the undersigned's representation has ended.

3. On September 6, 2014, John Doe was informed in writing by the undersigned of his intent to withdraw his representation of him/her, and advised that to the extent he or she desired to defend this matter, that could be done *pro se*.

4. Because John Doe proceeded anonymously in this matter (and in fact, this Court refused to consider the substance of her/his motion to dismiss due to this anonymity) it is not appropriate for contact information for John Doe to be submitted.

5. The undersigned notes that the Court's docket indicates that Plaintiff has issued a summons containing a name and address. Presumably, that person and his address should be used to contact that person. The undersigned make no representation as to whether that person is the same John Doe previously represented.

**WHEREFORE**, the undersigned respectfully request that the Court enter an Order granting him leave to withdraw his Appearance on behalf of John Doe, and for all other just and reasonable relief.

Respectfully submitted,

By: s/Paul B. Overhauser
Paul B. Overhauser
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN 46140-4019
Phone: 317-891-1500
Fax: 866-283-8549

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, a copy of this Motion has been furnished via First Class US Mail to John Doe subscriber assigned IP Address 50.90.55.202 on September 9, 2014.

By: s/Paul B. Overhauser
Paul B. Overhauser